USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

XIAO LONG QU,                                :        09 Civ. 5802 (SHS)

                Petitioner,    :

    -against-                              :        ORDER

ERIC HOLDER, JR., Attorney General, U.S.     :
Department of Justice, *ET AL.*,
                                             :
                Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present, and attorney for petitioner stating that petitioner is withdrawing his petition for writ of *habeas corpus*,

      IT IS HEREBY ORDERED that the petition is dismissed and the Clerk of Court is directed to close this case.

Dated: New York, New York
       August 20, 2009

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.